

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meritage Homes Corporation, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>Greg Hancock, et al.,<br><br>    Defendants. | Case No. CV-04-00384-PHX-ROS<br><br>**VERDICT FORMS** |

# VERDICT FORM 1A

(Use if You Find <u>For</u> Meritage on its Breach of Fiduciary Duty Claim)

We the jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Meritage on its Breach of Fiduciary Duty Claim, and we find Meritage's full damages to be $ _28,500,000_ . We also find that Meritage is entitled to punitive damages in the amount of

$ _15,000,000_ .

_25 Sep 08_
DATE

_Jury #2_
FOREPERSON

## VERDICT FORM 1B

(Use if You Find <u>Against</u> Meritage on its Breach of Fiduciary Duty Claim)

We the jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find against Meritage on its Breach of Fiduciary Duty Claim.

_____        _____
DATE                                                              FOREPERSON

## VERDICT FORM 2A

(Use if You Find <u>For</u> Meritage on Its Claim For Usurpation of Corporate Opportunities)

We the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Meritage on its Usurpation of Corporate Opportunities Claim. We find Meritage's actual damages to be $ _4,200,000_ . We also find that Meritage is entitled to punitive damages in the amount of

$ _15,000,000_ .


_25 Sep 08_
DATE

_Juror #2_
FOREPERSON

# VERDICT FORM 2B
(Use if You Find <u>Against</u> Meritage on Its Claim For Usurpation of Corporate Opportunities)

We the jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find against Meritage on its Usurpation of Corporate Opportunities Claim.

_____          _____
DATE                                                                FOREPERSON

## VERDICT FORM 3A

(Use if You Find <u>For</u> Meritage on Its Fraud in the Concealment Claim)

We the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Meritage in its Fraud in the Concealment Claim. We find Meritage's actual damages to be $ _32,200,000_ . We also find that Meritage is entitled to punitive damages in the amount of

$ _15,000,000_ .


_25 Sep 08_
DATE

_Juror #2_
FOREPERSON

## VERDICT FORM 3B

(Use If You Find <u>Against</u> Meritage on its Fraud In The Concealment Claim)

We the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find against Meritage on its Fraud in the Concealment Claim.

_____          _____
DATE                                                           FOREPERSON

## VERDICT FORM 4A

(Use If You Find <u>For</u> Meritage on Its Breach Of Contract Claim Against Greg Hancock)

We the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Meritage on its Breach of Contract Claim. We find Meritage's actual damages to be $ _4,200,000_ .

_25 Sep 08_
DATE

_Juror #2_
FOREPERSON

## VERDICT FORM 4B
(Use If You Find <u>Against</u> Meritage on Its Breach of Contract Claim Against Greg Hancock)

We the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find against Meritage on its Breach of Contract Claim.

_____          _____
DATE                                                              FOREPERSON

## VERDICT FORM 5A

(Use If You Find <u>For</u> Meritage on Its Breach of the Implied Covenant of Good Faith And Fair Dealing Claim Against Greg Hancock)

We the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Meritage on its Breach of the Implied Covenant of Good Faith and Fair Dealing Claim. We find Meritage's actual damages to be

$ _41,200,0000_____.

_25 Sep 08_____          _Juror #2_____
DATE                        FOREPERSON

## VERDICT FORM 5B

(Use If You Find <u>Against</u> Meritage on Its Breach of the Implied Covenant of Good Faith And Fair Dealing Claim Against Greg Hancock)

We the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find against Meritage on its Breach of the Implied Covenant of Good Faith and Fair Dealing Claim.

_____   _____
DATE                                FOREPERSON

## VERDICT FORM 6A

(Use If You Find <u>For</u> Meritage on Its Conversion Claim Against Greg Hancock)

We the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Meritage on its Conversion Claim. We find Meritage's actual damages to be $ _11,400,000_ . We also find that Meritage is entitled to punitive damages in the amount of $ _6,500,000_ .

_25 Sep 08_
DATE

_Juror #2_
FOREPERSON

## VERDICT FORM 6B

(Use If You Find <u>Against</u> Meritage on Its Conversion Claim Against Greg Hancock)

We the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find against Meritage on its Conversion Claim.


_____           _____
DATE                                                                      FOREPERSON

## VERDICT FORM 7A

(Use If You Find <u>For</u> Meritage on Its Lanham Act Violations Claim Against Greg Hancock)

We the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Meritage on its Lanham Act Violations Claim. We find Meritage's actual damages to be $ __4,400,000__ caused by Greg Hancock.

__25 Sep 08__  
DATE

__Juror #2__  
FOREPERSON

## VERDICT FORM 7B

(Use If You Find <u>Against</u> Meritage on Its Lanham Act Violations Claim Against Greg Hancock)

We the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find against Meritage on its Lanham Act Violations Claim.

_____  _____
DATE                                                                FOREPERSON

## VERDICT FORM 8A

(Use If You Find <u>For</u> Meritage on Its Intentional Interference with Prospective Contractual Advantage Claim Against Greg Hancock)

We the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Meritage on its Intentional Interference with Prospective Contractual Advantage Claim. We find Meritage's actual damages to be $ 4,400,000. We also find that Meritage is entitled to punitive damages in the amount of $ 2,500,000.

_25 Sep 08_
DATE

_Juror #2_
FOREPERSON

## VERDICT FORM 8B

(Use If You Find <u>Against</u> Meritage on Its Intentional Interference with Prospective Contractual Advantage Claim Against Greg Hancock)

We the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find against Meritage on its Intentional Interference with Prospective Advantage Claim.

_____         _____
DATE                                                                FOREPERSON

## VERDICT FORM 9A

(Use If You Find <u>For</u> Meritage on Its Unjust Enrichment Claim Against Greg Hancock)

We the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find in favor of Meritage on its Unjust Enrichment Claim. We find Meritage's actual damages to be $ _11,400,000_____ caused by Greg Hancock.

_25 Sep 08_
DATE

_Juror #2_
FOREPERSON

## VERDICT FORM 9B

(Use If You Find <u>Against</u> Meritage on Its Unjust Enrichment Claim Against Greg Hancock)

We the Jury, duly empaneled and sworn in the above entitled action, upon our oaths, do find against Meritage on its Unjust Enrichment Claim.

_____            _____
DATE                                          FOREPERSON