IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meritage Homes Corporation, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>Greg Hancock, et al.,<br><br>    Defendants. | Case No. CV-04-0384-PHX-ROS<br><br>**ORDER** |

On September 30, 2008, Parties filed a Stipulation Re: Parties and Claims for Judgment (Doc. 640).

Good cause appearing,

**IT IS ORDERED** the proper Plaintiffs for the Judgment resulting from the September 25, 2008 Jury Verdict (Doc. 639) are: Meritage Homes Corporation, a Maryland corporation; Meritage Homes Construction, Inc., an Arizona corporation; and Meritage Homes of Arizona, Inc., an Arizona corporation.

**IT IS FURTHER ORDERED** the proper Defendant for the Judgment resulting from the September 25, 2008 Jury Verdict (Doc. 639) is: Gregory S. Hancock.

**IT IS FURTHER ORDERED** all claims against Defendant Linda Hancock **ARE DISMISSED** and Linda Hancock will not be a party to the Judgment in this case.

**IT IS FURTHER ORDERED** all claims against Defendant Larry Seay **ARE DISMISSED** and Larry Seay will not be a party to the Judgment in this case.

1   **IT IS FURTHER ORDERED** all claims against Defendant Snell & Wilmer, LLP
2   **ARE DISMISSED** and Snell & Wilmer, LLP will not be a party to the Judgment in this
3   case.

4   **IT IS FURTHER ORDERED** all counterclaims and third-party claims
5   concerning Defendant Greg Hancock **ARE DISMISSED** and these counterclaims and
6   third-party claims will not be included in the Judgment.

9   Dated this 30th day of September, 2008.

_____
Roslyn O. Silver
United States District Judge