# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Meritage Homes Corporation, a Maryland corporation; Meritage Homes Construction, Inc., an Arizona corporation; Meritage Homes of Arizona, Inc., an Arizona corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>Gregory S. Hancock, et al.,<br><br>　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br>(Claim for Usurpation of Corporate Opportunities)<br><br>CV 04-384-PHX-ROS |

  X    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  ___  Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that pursuant to the Jury verdict entered September 25, 2008, Judgment is hereby entered in favor of Meritage Homes Corporation, Meritage Homes Construction and Meritage Homes of Arizona on its Usurpation of Corporate Opportunities Claim for actual damages in the amount of $41,200,000 and punitive damages in the amount of $15,000,000.

　　　　　　　　　　　　　　　　　　　　　RICHARD H. WEARE
　　　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk

September 30, 2008
　　　　　　　　　　　　　　　　　　　　　 s/ Elaine Leon
　　　　　　　　　　　　　　　　　　　　　By: Deputy Clerk

cc: all counsel