IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meritage Corp. et al., ) | No. CV-04-00384-PHX-ROS |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Greg Hancock et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On September 25, 2008, a jury awarded Plaintiffs $11,400,000 for the unjust enrichment claim against Defendants (Doc. 639 at 18). Because unjust enrichment is an equitable action, the jury verdict is advisory and the Court makes final determinations of law and fact.[1] While the advisory verdict is not binding on the Court, "it is the duty of the court to listen to[] the advice of the jury, even in equity proceedings, no matter whether that advice is followed by the court or not." Light v. Chandler Improvement Co., 261 P. 969, 970 (Ariz.1928).

The Parties stipulated three elements for the claim: (1) Defendants acquired for themselves services or other benefits of value that belonged to Plaintiffs; (2) There was no understanding between Plaintiffs and Defendants that Defendants would be allowed to keep these services

---

[1] See Landi v. Arkules, 835 P.2d 458, 467-68 (Ariz. Ct. App.1992) (holding unjust enrichment is an equitable action); City of Tucson v. Super. Ct. In and For County of Pima, 798 P.2d 374, 380 n.5 (Ariz. 1990) (holding jury verdicts for equitable claims are advisory); Graham v. Shooke, 482 P.2d 446, 447 (Ariz. 1971) (a court using an advisory jury is responsible for final determinations of law and fact).

1 or benefits for themselves; and (3) Under all the circumstances it would be unjust for
2 Defendants to keep the services or benefits they received without paying Plaintiffs (Doc. 637
3 at 33). Parties further stipulated that unjust enrichment damages are the reasonable value of
4 services or benefits unjustly received by Defendants (Doc. 637 at 33).

5 The Court finds no reason to alter the jury's verdict. Plaintiffs offered more than
6 sufficient evidence showing Defendants acquired benefits from Plaintiffs, Plaintiffs had not
7 agreed to give away these benefits for free, and Defendants unjustly kept the benefits without
8 paying for them. Plaintiffs also offered evidence showing the value of these unjustly
9 acquired benefits.

11 Accordingly.

13 **IT IS ORDERED** on the charge of unjust enrichment, the Court **FINDS FOR**
14 **PLAINTIFFS.**

16 **IT IS FURTHERED ORDERED** the Court **AWARDS PLAINTIFFS $11,400,000.**

18 DATED this 8th day of October, 2008.

_____
Roslyn O. Silver
United States District Judge