IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meritage Corp., et al., | No. CV-04-00384-PHX-ROS |
| Plaintiffs, | **ORDER** |
| vs. | |
| Greg Hancock, et. al, | |
| Defendants. | |

On October 6, 2008, Plaintiffs filed a "Motion For Order Allowing Plaintiffs To Register Their Judgments In Other Districts" (Doc. 660). On October 10, 2008, Plaintiffs filed an "Emergency Motion To Lift Rule 62(a) Stay Based on Judgment Debtor's Transfer of Assets" (Doc. 674). In light of the serious allegations of fraudulent transfer presented in the second motion, an expedited briefing and hearing schedule is appropriate.

Accordingly.

**IT IS ORDERED** Defendants shall respond to Plaintiffs' "Motion For Order Allowing Plaintiffs To Register Their Judgments In Other Districts" (Doc. 660) and "Emergency Motion To Lift Rule 62(a) Stay Based on Judgment Debtor's Transfer of Assets" (Doc. 674) **NO LATER THAN NOON ON TUESDAY OCTOBER 14TH**.

1  **IT IS FURTHER ORDERED** Plaintiffs shall reply to Defendants' response **NO LATER
2  THAN 5PM ON TUESDAY OCTOBER 14TH.**

4  **IT IS FURTHER ORDERED** a hearing on these issues is set for **WEDNESDAY
5  OCTOBER 15TH AT 10AM.**

DATED this 10th day of October, 2008.

_____
Roslyn O. Silver
United States District Judge