**SCHIAN WALKER, P.L.C.**
3550 NORTH CENTRAL AVENUE, #1700
PHOENIX, ARIZONA 85012-2115
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
DALE C. SCHIAN, #010445
SCOTT R. GOLDBERG, #015082
Attorneys for Debtor Greg Hancock

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| MERITAGE CORPORATION, a Maryland corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>GREG HANCOCK, an individual; RICK HANCOCK, an individual; and RICK HANCOCK HOMES, L.L.C., an Arizona corporation,<br><br>                Defendants. | No. CIV 04-0384-PHX-ROS<br><br>**NOTICE OF BANKRUPTCY** |

       Defendant Greg Hancock, by and through his duly authorized and undersigned counsel, has filed a Voluntary Petition under Chapter 11 of Title Eleven of the United States Code on October 15, 2008 before the United States Bankruptcy Court for the District of Arizona as Case No. 2:08-bk-14253-GBN. Accordingly, the continuation of any and all judicial and administrative proceedings against defendant Greg Hancock are stayed pursuant to 11 U.S.C. § 362.

       DATED this _15_ day of October, 2008.

                                   SCHIAN WALKER, P.L.C.

                                   By_____
                                        Dale C. Schian
                                        Scott R. Goldberg
                                        Attorneys for Debtor Greg Hancock

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2008, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dan W. Goldfine, Esq.
Jason S. Vanacour, Esq.
Richard G. Erickson, Esq.
Snell & Wilmer, LLP
400 East Van Buren
Phoenix, Arizona 85004-0001
Attorneys for Plaintiff
dgoldfine@swlaw.com
jvanacour@swlaw.com
rerickson@swlaw.com

Julio M. Zapata, Esq.
Fennemore Craig, P.C.
3003 North Central Avenue, #2600
Phoenix, Arizona 85012-2913
Attorneys for Plaintiff
jzapata@fclaw.com

Joel Grant Woods, Esq.
Law Offices of Grant Woods
1726 North 7th Street
Phoenix, Arizona 85006-2200
Attorneys for Plaintiff
gw@grantwoodspc.net

Robert M. Frisbee, Esq.
Frisbee & Bostock, P.L.C.
1747 East Morten Avenue, #108
Phoenix, Arizona 85020
Attorneys for Greg Hancock
rfrisbee@fbplclaw.com

*/s/ Debbi Stephens*

112801.1

# U.S. Bankruptcy Court
## District of Arizona (Phoenix)
### Bankruptcy Petition #: 2:08-bk-14253-GBN

*Assigned to:* Judge George B. Nielsen Jr.
Chapter 11
Voluntary
Asset

*Date Filed:* 10/15/2008

*Debtor*
**GREGORY STEVEN HANCOCK**
4603 N. BORGATELLO LANE
PHOENIX, AZ 85018
(602) 808-2000
SSN / ITIN: xxx-xx-5325

represented by **SCOTT R. GOLDBERG**
SCHIAN WALKER, P.L.C.
3550 N CENTRAL AVE
SUITE 1700
PHOENIX, AZ 85012-2115
(602) 277-1501
Fax : (602) 297-9633
Email: ecfdocket@swazlaw.com

*U.S. Trustee*
**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

| Filing Date | # | Docket Text |
|---|---|---|
| 10/15/2008 | 1 | Chapter 11 Voluntary Petition, Schedules and Statements (except for those listed below). The mailing list of creditors if not uploaded when the petition was filed, must be uploaded no later than 5 calendar days from the date of the filing of the petition. Failure to timely upload the list of creditors, may result in dismissal of the case without further notice. Electronic Filing Declaration due 11/4/2008, List of 20 Largest Unsecured Creditors due within 3 days of filing petition, Schedules A-J due 10/30/2008. Statement of Financial Affairs due 10/30/2008, Attorney Disclosure Statement due 10/30/2008, Individual Debtor Statement of Current Monthly Income due by 10/30/2008, Payment Advices Declaration Required by 11 USC Section 521 (a)(1)(B)(iv) due by 10/30/2008, filed by SCOTT R. GOLDBERG of SCHIAN WALKER, P.L.C. on behalf of GREGORY STEVEN HANCOCK (GOLDBERG, SCOTT) (Entered: 10/15/2008) |
| | | Receipt of Voluntary Petition (Chapter 11)(2:08-bk-14253) |

| | | |
|---|---|---|
| 10/15/2008 | | [other,volp11] (1039.00) Filing Fee. Receipt number 8117923. Fee amount 1039.00. (U.S. Treasury) (Entered: 10/15/2008) |
| 10/15/2008 | 2 | Meeting of Creditors scheduled for 11/18/2008 at 03:00 PM at US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ (341-PHX). (GOLDBERG, SCOTT) (Entered: 10/15/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/15/2008 11:58:21 | | | |
| PACER Login: | ds0083 | Client Code: | Hancock |
| Description: | Docket Report | Search Criteria: | 2:08-bk-14253-GBN Fil or Ent: filed From: 7/17/2008 To: 10/15/2008 Doc From: 0 Doc To: 99999999 Format: html |
| Billable Pages: | 1 | Cost: | 0.08 |