IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meritage Corp., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Greg Hancock, et al.,<br><br>    Defendants. | No. CV-04-0384-PHX-ROS<br><br>**ORDER** |

On October 15, 2008, Defendant Greg Hancock filed a voluntary petition under Chapter 11 of Title 11 of the United States Code before the United States Bankruptcy Court for the District of Arizona.

Accordingly,

**IT IS ORDERED** all proceedings in this case, including all filing deadlines, **ARE AUTOMATICALLY STAYED** as of October 15, 2008.

DATED this 17th day of October, 2008.

Roslyn O. Silver
United States District Judge