IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meritage Corporation, et al., | No. CV-04-384-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Greg Hancock, | |
| Defendant. | |

Having reviewed the parties' Stipulation (Doc. 703) and good cause appearing,

**IT IS ORDERED** the parties' Stipulation (Doc. 703 ) **IS GRANTED**.

**FURTHER ORDERED** Plaintiffs' responses to the pending post-judgment motions (Docs. 679-80) are due on April 27, 2009.

**FURTHER ORDERED** Defendant's replies to the responses are due on May 14, 2009.

DATED this 21st day of April, 2009.

Roslyn O. Silver
United States District Judge