# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meritage Homes Corporation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Greg Hancock, et al., <br><br> Defendants. <br> AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | Case No. CV-04-00384-PHX-ROS <br><br> **ORDER** |

Pursuant to the parties' Stipulation to Dismiss (Doc. 724), and good cause appearing therefore,

**IT IS ORDERED** dismissing with prejudice the above-entitled action, including all claims, counterclaims and third-party claims, the parties to bear their own costs and attorneys' fees. This Order does not, however, act to alter any fee provision contained in the settlement agreement between the parties.

Dated this 8th day of June, 2010.

Roslyn O. Silver
United States District Judge